IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burnett, Terrance A | Case Number: 04 B 43923 |
|---|---|---|
| | Burnett, Lanie G | Judge: Hollis, Pamela S |
| | Printed: 12/23/08 | Filed: 11/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: November 26, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 150,442.24 |  |
| Secured: |  | 131,305.03 |
| Unsecured: |  | 6,992.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 7,964.51 |
| Other Funds: |  | 1,479.84 |
| Totals: | 150,442.24 | 150,442.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 85,913.65 | 85,913.65 |
| 3. | CitiFinancial | Secured | 9,600.00 | 9,600.00 |
| 4. | Great American Finance Company | Secured | 759.90 | 759.90 |
| 5. | Onyx Acceptance Corp | Secured | 4,696.18 | 4,696.18 |
| 6. | CitiFinancial | Secured | 530.79 | 530.79 |
| 7. | Wells Fargo Home Mortgage | Secured | 7,000.00 | 7,000.00 |
| 8. | Americredit Financial Ser Inc | Secured | 22,804.51 | 22,804.51 |
| 9. | Capital One | Unsecured | 128.68 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 735.18 | 1,996.47 |
| 11. | Americredit Financial Ser Inc | Unsecured | 740.83 | 2,011.80 |
| 12. | Great American Finance Company | Unsecured | 34.52 | 93.75 |
| 13. | Portfolio Recovery Associates | Unsecured | 462.36 | 1,255.59 |
| 14. | Providian National Bank | Unsecured | 573.62 | 1,557.71 |
| 15. | Cingular Wireless | Unsecured | 28.55 | 77.54 |
| 16. | Capital One | Unsecured | 116.83 | 0.00 |
| 17. | Capital One | Unsecured | 62.39 | 0.00 |
| 18. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 19. | Silverleaf Resorts Inc | Unsecured | | No Claim Filed |
| 20. | ADT Security Systems | Unsecured | | No Claim Filed |
| 21. | Cingular Wireless | Unsecured | | No Claim Filed |
| | | | $ 136,887.99 | $ 140,997.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burnett, Terrance A | Case Number: 04 B 43923 |
|---|---|---|
| | Burnett, Lanie G | Judge: Hollis, Pamela S |
| | Printed: 12/23/08 | Filed: 11/29/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 678.71 |
| 4% | 349.77 |
| 3% | 262.93 |
| 5.5% | 1,523.88 |
| 5% | 656.22 |
| 4.8% | 909.39 |
| 5.4% | 3,296.31 |
| 6.6% | 287.30 |
| | $ 7,964.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

